1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6
7
8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10
11
   ROSE STAUPE,                              Federal Case No.: 5:16-CV-02232-EJD
12
            Plaintiff,
13
        vs.                                  **STIPULATED REQUEST FOR**
14                                           **DISMISSAL OF DEFENDANT**
   EXPERIAN INFORMATION SOLUTIONS,           **EXPERIAN INFORMATION**
15 INC.; et. al.,                            **SOLUTIONS, INC.; [PROPOSED] ORDER**

16          Defendants.

17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19        IT IS HEREBY STIPULATED by and between plaintiff Rose Staupe and defendant

20 Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action

21 with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party

22 shall bear its own attorneys' fees and costs.

23 //

24 //

25 //

26 //

27 //

28 //

---

1

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
[PROPOSED] ORDER

| | | |
|---|---|---|
| DATED: November 10, 2016 | Sagaria Law, P.C. | |
| | By: | */s/ Elliot W. Gale* |
| | | Elliot W. Gale |
| | Attorneys for Plaintiff | |
| | Rose Staupe | |

DATED: November 10, 2016    Jones Day

By: _*/s/ Celia M. Jackson*_
      Celia M. Jackson
Attorneys for Defendant
Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____

      EDWARD J. DAVILA
      UNITED STATES DISTRICT JUDGE